CRAWFORD COUNTY, Appellant,

v.

PENNSYLVANIA LABOR RELATIONS BOARD and AFSCME, District Council 85, AFL–CIO, Appellees.

Supreme Court of Pennsylvania, Western District.

Argued March 6, 1996.
Decided March 18, 1996.

Vicki L. Beatty, for Crawford County.

Peter Lassi, for PA Labor Relations Board.

William Haller, for AFSCME.

Alaine S. Williams, Philadelphia, for Appellees.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

NEWMAN, J., did not participate in the consideration or decision of this case.